**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Manuel Mendoza, Abdul Jabbar Muhammad, and Steve Quittschreiber,<br><br>               Plaintiffs,<br>      v.<br><br>First Choice Payment Solutions G.P., d/b/a Sekure Merchant Solutions,<br><br>               Defendant. | Civil Action No.:  1:19-cv-03349 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 16, 2019

Respectfully submitted,

By:  _/s/ Sergei Lemberg_____
    Sergei Lemberg, Esq.
    LEMBERG LAW, L.L.C.
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on September 16, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

       By /s/ Sergei Lemberg_____

        Sergei Lemberg