# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Manuel Mendoza, et al.

                                   Plaintiff,

v.                                                   Case No.: 1:19−cv−03349
                                                       Honorable John Z. Lee

First Choice Payment Solutions G.P.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2019:

      MINUTE entry before the Honorable John Z. Lee: The Court has received the parties' notice of settlement [29]. This case is dismissed without prejudice with leave to reinstate within 60 days. This case will be dismissed with prejudice upon Plaintiffs' filing of the notice of withdrawal and notice of dismissal of this action with prejudice. Civil case terminated. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.